UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Jan Brandin, in the right of and for the benefit of UnitedHealth Group Incorporated,<br><br>   Plaintiff,<br><br>v.<br><br>William W. McGuire, Stephen J. Hemsley, William C. Ballard, Jr., Richard T. Burke, James. A. Johnson, Thomas H. Kean, Douglas W. Leatherdale, Mary O. Mundinger, Robert L. Ryan, William G. Spears, Gail R. Wilensky, Tavers H. Wills, David P. Koppe, Thomas P. McDonough, James G. Carlson, Jennine M. Rivet, R. Channing Wheeler, David J. Lubben, Arnold K. Kaplan and Robert J. Sheehy,<br>     Defendants,<br><br>-and-<br><br>UnitedHealth Group Incorporated,<br><br>   Nominal Defendant. | Case No.<br>06-1216-JMR-FLN<br><br><br><br>ORDER |
| CAPTION CONTINUES NEXT PAGE | |

1

| | |
|---|---|
| Raymond Clark, Derivatively on Behalf of Nominal Defendant UnitedHealth Group Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>Willion C. Ballard, Jr, Stephen J. Hemsley, James A. Johnson, Thomas H. Kean, David J. Lubben, William W. McGuire, Mary O. Mundinger, Jeannine M. Rivet, Robert J. Ryan, William G. Spears and R. Channing Wheeler,<br><br>    Defendants<br><br>-and-<br><br>UnitedHealth Group Incorporated,<br><br>    Nominal Defendant. | Case No.<br>06-CV-1532-JMR-FLN |

CAPTION CONTINUES NEXT PAGE

| | |
|---|---|
| Todd Simon, in the right of and for the benefit of UnitedHealth Group Incorporated,<br><br>   Plaintiff,<br><br>v.<br><br>William W. McGuire, Stephen J. Hemsley, William C. Ballard, Jr., Richard T. Burke, James A. Johnson, Thomas H. Kean, Douglas W. Leatherdale, May O. Mundinger, Robert L. Ryan, Donna E. Shalala, William G. Spears, Gail R. Wilensky, Travers H. Wills, David P. Koppe, Thomas P. McDonough, James G. Carlson, Jeannine M. Rivet, R. Channing Wheeler, David J. Lubben, Arnold H. Kaplan and Robert J. Sheehy,<br><br>   Defendants,<br><br><br>-and-<br><br>UnitedHealth Group Incorporated,<br><br>   Nominal Defendant. | Case No.<br>06-cv-1958 (JMR/FLN) |

CAPTION CONTINUES NEXT PAGE

_____

| | |
|---|---|
| St. Paul Teachers' Retirement Fund Association, Public Employees' Retirement System of Mississippi, Jacksonville Police & Fire Pension Fund, Louisiana Municipal Police Employees' Retirement System and Louisiana Sheriffs' Pension & Relief Fund, Derivatively on Behalf of Nominal Defendant UnitedHealth Group, Inc., | Case No. 06-cv-1959 (JMR/FLN) |

    Plaintiffs,

v.

William W. McGuire, Stephen J. Hemsley, David J. Lubben, R. Channing Wheeler, Jeannine M. Rivet, David P Koppe, James G. Carlson, Robert J. Sheehy, William C. Ballard, Jr., Richard T. Burke, James A. Johnson, Thomas H. Kean, Douglas W. Leatherdale, Mary O. Mundinger, Robert L. Ryan, William G. Spears and Gail R. Wilensky,

    Defendants,

and

UnitedHealth Group Incorporated, a Minnesota Corporation,

    Nominal Defendant.
_____

CAPTION CONTINUES NEXT PAGE

| | |
|---|---|
| Public Employees' Retirement System of Ohio, and State Teachers' Retirement System of Ohio on behalf of themselves and all others similarly situated, and derivatively on behalf of UnitedHealth Group, Inc., | Case No. 06-cv-2094 (JMR/FLN) |
|     Plaintiffs, | |
| v. | |
| William W. McGuire, Stephen J. Hemsley, William C. Ballard, Jr., Richard T. Burke, James A. Johnson, Thomas H. Kean, Douglas W. Leatherdale, May O. Mundinger, Robert L. Ryan, William G. Spears and Gail R. Wilensky, | |
|     Defendants | |
| -and- | |
| UnitedHealth Group Incorporated, | |
|     Nominal Defendant. | |

CAPTION CONTINUES NEXT PAGE

| | |
|---|---|
| Connecticut Retirement Plans and Trust Funds, on behalf of itself and all others similarly situated and derivatively on behalf of UnitedHealth Group, Inc., | Case No. 06-cv-2187 (JMR/FLN) |
| Plaintiffs, | |
| v. | |
| William W. McGuire, Stephen J. Hemsley, William C. Ballard, Jr., Richard T. Burke, James A. Johnson, Thomas H. Kean, Douglas W. Leatherdale, May O. Mundinger, Robert L. Ryan, William G. Spears and Gail R. Wilensky, | |
| Defendants | |
| -and- | |
| UnitedHealth Group Incorporated, | |
| Nominal Defendant. | |

**THIS MATTER** came before the undersigned United States Magistrate Judge on June 7, 2006, on competing motions to consolidate and competing motions to appoint lead plaintiff and lead counsel. The Court has reviewed the very thorough and impressive submissions of the competing lawyers. Before making a final decision, the Court would like each competitor to submit in writing on or before July 1, 2006, information concerning the minority and gender membership in your respective law firms, and on the proposed leadership team. Also provide to the Court similar information concerning the

makeup of previous steering committees to which you have been assigned. This information, will, of course, not be dispositive concerning assignment as lead counsel, but it may be considered in making a decision regarding leadership in this case.

Also provide in writing, by separate confidential letter to the Court, a statement advising the Court of any legal-ethical issues raised concerning each individual attorney, and that attorney's law firm in the past ten years. If any such matter has been resolved or concluded, please advise the Court of the outcome or resolution. If the matter is still pending, advise of the status of the matter, or the court in which it may be lodged.

After reviewing the additional materials requested herein, the Court will issue an order consolidating these related actions and will appoint a lead plaintiff or a committee of plaintiffs and appoint lead counsel or a committee of counsel.


DATED: June 23, 2006.                               s/ *Franklin L. Noel*
                                                    FRANKLIN L. NOEL
                                                    United States Magistrate Judge